AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Peebles, David E. | U.S. District Court - NYND | 12/22/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Recall Status | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

U.S. District Court
P.O. Box 7345
Syracuse, New York l3261-7345

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Founding Member | Albany Intellectual Property and Innovations American Inns of Court |
| 2. | Power of Attorney | ▬▬▬ (Mother) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peebles, David E. | 12/22/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Upstate Department of Medicine, Syracuse, New York - Salary |
| 2. | 2020 | Self-Employed Expert Consultant (Physician) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Peebles, David E.** | 12/22/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Albany Intellectual Property and Innovations Americans Inns of Court | Honorary Membership (dues, like privileges) | $400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | The Student Loan Corp. (Navient) | Student Loans | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peebles, David E. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Charles Schwab IRA Rollover Acct. (H) | | | | | | | | | |
| 2.   - Schwab Premier Bank | A | Interest | M | T | | | | | |
| 3.   - Charles Schwab Bank | A | Interest | N | T | | | | | |
| 4.   - JP Morgan 100% Treas. Sec. Money Mkt (VHPXX) | A | Dividend | | | Buy | 03/09/20 | O | | |
| 5. | | | | | Sold | 05/06/20 | O | A | |
| 6.   - iShares Core U.S. Aggreg. Bond ETF (AGG) | B | Dividend | | | Buy | 07/20/20 | N | | |
| 7. | | | | | Sold (part) | 09/09/20 | M | A | |
| 8. | | | | | Sold | 12/09/20 | M | A | |
| 9.   - Van Eck Vectors Fallen Angel High Yield Bond ETF (ANGL) | A | Dividend | | | Buy | 12/10/20 | M | | |
| 10. | | | | | Sold | 12/14/20 | M | A | |
| 11.   - Ark Genomic Revolution ETF (ARKG) | A | Dividend | K | T | Buy | 12/17/20 | K | | |
| 12.   - Braddock Multi-Stragegy Income Fund (BDKNX) | C | Dividend | | | Buy | 01/03/20 | N | | |
| 13. | | | | | Sold (part) | 03/09/20 | M | A | |
| 14. | | | | | Sold | 03/11/20 | M | B | |
| 15.   - Vanguard Intermediate Term Bond ETF (BIV) | C | Dividend | M | T | Buy | 07/20/20 | N | | |
| 16. | | | | | Sold (part) | 09/09/20 | M | A | |
| 17. | | | | | Sold (part) | 12/09/20 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int ) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e g , buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Diamond Hill Short Duration Total Return Fund (DHEIX) | C | Dividend | | | Buy | 01/16/20 | N | | |
| 19. | | | | | Sold (part) | 03/09/20 | M | A | |
| 20. | | | | | Sold | 03/11/20 | N | A | |
| 21. - iShares MSCI Emerging Markets ETF (EEM) | A | Dividend | L | T | Buy | 12/10/20 | L | | |
| 22. - First Trust Opportunistic Fixed Income ETF (FIXD) | B | Dividend | M | T | Buy | 07/22/20 | N | | |
| 23. | | | | | Sold (part) | 09/09/20 | M | A | |
| 24. - American Funds U.S. Govt. Sec. Fund (GVTFX) | A | Dividend | | | Buy | 04/27/20 | N | | |
| 25. | | | | | Sold | 08/06/20 | N | C | |
| 26. -Van Eck Vectors High Yield Muni Bond ETF (HYD) | A | Dividend | M | T | Buy | 12/18/20 | M | | |
| 27. - First Trust Tactical High Yield ETF (HYLS) | B | Dividend | | | Buy | 05/27/20 | M | | |
| 28. | | | | | Sold | 09/29/20 | M | B | |
| 29. - iShares 3-7 Year Treasury Bond ETF (IEI) | C | Dividend | N | T | Buy | 10/14/20 | N | | |
| 30. - Alphacentric Income Opport. Fund (IOFIX) | B | Dividend | | | Buy | 01/08/20 | N | | |
| 31. | | | | | Sold | 03/11/20 | N | D | |
| 32. - iShares Russell 2000 ETF (IWM) | A | Dividend | L | T | Buy | 12/10/20 | L | | |
| 33. - iShares Russell 2000 Value ETF (IWN) | A | Dividend | L | T | Buy | 08/11/20 | L | | |
| 34. | | | | | Buy (add'l) | 11/03/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peebles, David E. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | S | Buy<br>(add'l) | 12/10/20 | L | | |
| 36. | | | | | Sold<br>(part) | 08/18/20 | L | A | |
| 37. | | | | | Sold<br>(part) | 11/18/20 | L | D | |
| 38.    - iShares iBoxx Invest. Grade Bond ETF | A | Dividend | | | Buy | 07/20/20 | N | | |
| 39. | | | | | Sold | 08/14/20 | N | A | |
| 40.    - BlackRock Short Maturity Bond ETF<br>(NEAR) | A | Dividend | M | T | Buy | 12/10/20 | M | | |
| 41.    - Nuveen Short Duration High Yield Muni<br>Bond Fund (NVHIX) | C | Dividend | | | Buy | 02/19/20 | K | | |
| 42. | | | | | Sold<br>(part) | 01/08/20 | M | D | |
| 43. | | | | | Sold | 03/09/20 | N | E | |
| 44.    - Invesco WilderHill Clean Energy ETF<br>(PBW) | A | Dividend | K | T | Buy | 12/17/20 | K | | |
| 45.    - Invesco QQQ ETF (QQQ) | A | | | | Buy | 05/11/20 | M | | |
| 46. | | | | | Sold<br>(part) | 01/14/20 | M | D | |
| 47. | | | | | Sold<br>(part) | 02/20/20 | M | E | |
| 48. | | | | | Sold | 05/13/20 | M | A | |
| 49.    - iShares Edge MSCI USA Quality factor<br>ETF (QUAL) | A | Dividend | | | Buy | 05/28/20 | M | | |
| 50. | | | | | Sold | 05/28/20 | M | D | |
| 51.    - Invesco S&P 500 Equal Weight ETF<br>(RSP) | A | Dividend | L | T | Buy | 08/07/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peebles, David E. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - Proshares Short S&P 500 ETF (SH) | B | Dividend | | | Buy | 03/06/20 | M | | |
| 53. | C | Dividend | | | Buy (add'l) | 03/12/20 | L | | |
| 54. | | | | | Buy (add'l) | 04/01/20 | N | | |
| 55. | | | | | Buy (add'l) | 05/04/20 | L | | |
| 56. | | | | | Sold (part) | 02/28/20 | M | A | |
| 57. | | | | | Sold (part) | 03/10/20 | M | D | |
| 58. | | | | | Sold (part) | 03/16/20 | M | D | |
| 59. | | | | | Sold (part) | 05/21/20 | M | A | |
| 60. | | | | | Sold | 05/28/20 | M | A | |
| 61.   - iShares 1-3 Year Treasury Bond ETF (SHY) | D | Dividend | | | Sold (part) | 01/02/20 | N | C | |
| 62. | | | | | Sold | 01/16/20 | N | A | |
| 63.   - SPDR Short Term High Yield Bond ETF (SJNK) | A | Dividend | M | T | Buy | 12/10/20 | M | | |
| 64.   - iShares Silver Trust ETF (SLV) | | None | L | T | Buy | 12/17/20 | L | | |
| 65.   - SPDR Intermediate Term Corp. Bond ETF (SPIB) | C | Dividend | M | T | Buy | 05/27/20 | N | | |
| 66. | | | | | Sold (part) | 09/24/20 | M | C | |
| 67.   - SPDR S&P 500 ETF | D | Dividend | | | Buy | 03/24/20 | N | | |
| 68. | | | | | Sold | 03/25/20 | N | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>   (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>   (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>   (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peebles, David E. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - SPDR Muni Bond ETF (TFI) | A | Dividend | | | Buy | 05/27/20 | K | | |
| 70. | | | | | Sold (part) | 08/21/20 | J | A | |
| 71. | | | | | Sold | 09/02/20 | K | A | |
| 72.   iShare- s 20+ Year Treasury ETF | A | Dividend | | | Buy | 10/14/20 | M | | |
| 73. | | | | | Sold | 11/03/20 | M | A | |
| 74.   - SPDR Doubline Total Return Tactical ETF (TOTL) | B | Dividend | | | Buy | 05/27/20 | N | | |
| 75. | | | | | Sold | 08/06/20 | N | C | |
| 76.   - Vanguard Short Term Corp. Bond ETC (VCSH) | B | Dividend | N | T | Buy | 09/02/20 | N | | |
| 77.   - Vanguard S&P 500 ETF | A | Dividend | | | Buy | 09/16/20 | L | | |
| 78. | | | | | Sold | 11/18/20 | L | C | |
| 79.   - Vanguard Short Term Inflation Protected Sec. Index ETF (VTIP) | C | Dividend | N | T | Buy | 09/02/20 | M | | |
| 80. | | | | | Buy (add'l) | 12/10/20 | N | | |
| 81.   - Vanguard Target Retirement 2020 Fund (VTWNX) | | None | | | Sold | 03/13/20 | K | | |
| 82.   - Vanguard Wellesley Income (VWIAX) | C | Dividend | | | Sold (part) | 02/19/20 | K | D | |
| 83. | | | | | Sold | 03/13/20 | N | C | |
| 84.   - SPDR Biotech ETF (XBI) | A | Dividend | L | T | Buy | 12/17/20 | L | | |
| 85.   - SPDR Select Sector Industrials ETF | A | Dividend | | | Buy | 08/11/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peebles, David E. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Dividend | | | Sold | 09/24/20 | L | A | |
| 87.  - ProShares Short Russell 2000 ETF (RWM) | C | Dividend | | | Sold | 01/20/20 | M | D | |
| 88.  - SPDR Gold Shares ETF (GLD) | | None | L | T | Buy | 07/22/20 | L | | |
| 89. | | None | | | Buy (add'l) | 07/27/20 | L | | |
| 90. | | None | | | Sold (part) | 02/24/20 | L | D | |
| 91. | | None | | | Sold (part) | 02/28/20 | L | D | |
| 92. | | None | | | Sold (part) | 03/17/20 | K | C | |
| 93. | | None | | | Sold (part) | 11/24/20 | K | A | |
| 94.   Charles Schwab Inv. Acct. (H) | | | | | | | | | |
| 95.  - Charles Schwab Bank | A | Interest | K | T | | | | | |
| 96.  - Nokia Corp. (NOK) | A | Dividend | J | T | | | | | |
| 97.  - Cisco Systems (CSCO) | A | Dividend | J | T | | | | | |
| 98.  - Fidelity Selection Biotechnology Fund (FBIOX) | B | Dividend | K | T | | | | | |
| 99.  - SPDR Nuveen Bloomberg Barclays (HYMB) | A | Dividend | K | T | Buy | 12/11/20 | K | | |
| 100.  - Intel Corp (INTC) | A | Dividend | K | T | | | | | |
| 101.  - Marsico Focus Fund (MFOCX) | B | Dividend | K | T | | | | | |
| 102.  - Vanguard 500 Index Admiral Fund (VFIAX) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peebles, David E. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. - Vanguard Growth Index Admiral Fund (VIGAX) | B | Dividend | K | T | | | | | |
| 104. - Vanguard Value Index Admiral Fund (VVIAX) | B | Dividend | K | T | | | | | |
| 105. - Walgreens Boots Alliance (WBA) | B | Dividend | K | T | | | | | |
| 106. - SPDR Gold Shares ETF (GLD) | | None | J | T | | | | | |
| 107. Morgan Stanley Brokerage Acct. (H) | | | | | | | | | |
| 108. - Morgan Stanley Private Bank NA | A | Interest | J | T | | | | | |
| 109. - Verizon Communications (VZ) | A | Dividend | | | Sold | 09/01/20 | J | A | |
| 110. - The Financial Sel Sect. SPDR FD (XLF) | A | Dividend | | | Sold | 09/01/20 | J | A | |
| 111. Morgan Stanley IRA (H) | | | | | | | | | |
| 112. - Public Storage (PSA.D) | A | Dividend | K | T | Buy | 01/07/20 | K | | |
| 113. - Nextera Energy Inc. (NEE) | A | Dividend | | | Sold | 09/01/20 | J | A | |
| 114. - Merck & Co. New Com. (MRK) | A | Dividend | | | Sold | 09/01/20 | J | A | |
| 115. - Ishares US Aerospace & DEF EFT (ITA) | A | Dividend | | | Sold | 09/01/20 | J | A | |
| 116. - Home Depot Inc. (HD) | A | Dividend | | | Sold | 09/01/20 | J | A | |
| 117. - Crown Castle Int'l Corp. (CCI) | A | Dividend | | | Sold | 09/01/20 | J | A | |
| 118. - Anheuser Busch Inbev SA Spon (BUD) | A | Dividend | | | Sold | 09/01/20 | J | A | |
| 119. - Amgen Inc. (AMGN) | A | Dividend | | | Sold | 09/01/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Peebles, David E.** | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  - Bank of America Corp. (BAC-A) | A | Dividend | K | T | | | | | |
| 121.  - Metlife Inc. 5.62% NCUMPFD E (Met.E) | A | Dividend | J | T | | | | | |
| 122.  - Truist F. Corp. Dep Rp PFDH (TFC.H) | A | Dividend | K | T | | | | | |
| 123.  - Nextera Energy Capital Holdings 5.25% - K (NEE.K) | B | Dividend | K | T | | | | | |
| 124.  - Dominion Energy Inc. 5.25% (DRUA) | A | Dividend | K | T | | | | | |
| 125.  - DTE Energy Co. SER E 5.25% (DTW) | A | Dividend | K | T | | | | | |
| 126.  - Duke Energy Corp. 5.62% (DUKB) | B | Dividend | K | T | | | | | |
| 127.  - CMS Energy Corp. 5.875% (CMSC) | B | Dividend | K | T | | | | | |
| 128.  - MSIF Ultra-Short Income A Mutual Fund (MUAIX) | | None | | | Sold | 01/07/20 | M | D | |
| 129.  FT-Preferred Secur. & Inc. ETF Preferential Rate | A | Dividend | | | Buy | 01/07/20 | K | | |
| 130. | | | | | Sold | 10/12/20 | K | B | |
| 131.  FT-Preferred Secur. & Inc. ETF (FPE) | A | Dividend | J | T | Buy | 01/07/20 | K | | |
| 132.  - Prudential Financial Ins. 5.625% (PRS) | B | Dividend | K | T | | | | | |
| 133.  -AT&T inc. 5.625% (TBC) | B | Dividend | K | T | | | | | |
| 134.  Bank of America Bank Accounts | A | Interest | J | T | | | | | |
| 135.  Summit FCU Bank Accounts | A | Interest | J | T | | | | | |
| 136.  Solvay Bank Accounts | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peebles, David E. | 12/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  American Express Savings Acct. | B | Interest | M | T | | | | | |
| 138.  Marshe, LLC | A | Dividend | L | W | | | | | |
| 139.  Research Founda. of SUNY Retirem. Plan | E | Dividend | N | T | | | | | |
| 140.  NY 529 College Savings Program (Age Based) Aggressive Growth Portfolio | A | Dividend | J | T | | | | | |
| 141.  NY 529 College Savings Program (Age Based) Aggresive Growth Portfolio | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peebles, David E. | 12/22/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David E. Peebles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544